UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------x

JESUS GONZALEZ, *an individual,*  CASE NO.: 1:25-cv-00338-JRC

      Plaintiff,

vs.

AVENUE PLAZA HOTEL LLC.,

      Defendant.

--------------------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, JESUS GONZALEZ, by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal without Prejudice.

DATED: February 20, 2025

                                                    Respectfully Submitted,

                                                    **LAW OFFICES OF NOLAN KLEIN, P.A.**
                                                    *Attorneys for Plaintiff*
                                                    5550 Glades Road, Ste. 500
                                                    Boca Raton, FL 33431
                                                    PH:    (954) 745-0588

                                                    By:   */s/ Nolan Klein*
                                                    NOLAN KLEIN, ESQUIRE
                                                    (NK4223)
                                                    klein@nklegal.com
                                                    amy@nklegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this **20th** day of **February**, 2025.

By: __/s/ Nolan Klein__
NOLAN KLEIN, ESQUIRE
(NK4223)